**G. V. COFFMAN et al.**

v.

**CITY OF WICHITA, Kansas, a municipal corporation.**

No. 5858.

United States Court of Appeals
Tenth Circuit.

Sept. 22, 1958.

Speir, Stroberg & Sizemore, Newton, Kan., for appellants.

Robert B. Morton, Fred W. Aley and Paul J. Donaldson, Wichita, Kan., for appellee.

Before MURRAH, PICKETT and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Affirmed in accordance with the views expressed in the trial court's opinion in D.C., 165 F.Supp. 765, without written opinion.

**R. E. L. FINLEY**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

No. 5875.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1958.

Ram Morrison, Oklahoma City, Okl., for petitioner.

Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., for respondent.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

**Jerline Dick FINLEY**

v.

**COMMISSIONER OF INTERNAL REVENUE.**

No. 5877.

United States Court of Appeals
Tenth Circuit.

Sept. 12, 1958.

Ram Morrison, Oklahoma City, Okl., for petitioner.

Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Atty., Dept. of Justice, Washington, D. C., for respondent.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Petition to review dismissed on motion of petitioner.

**GREAT WESTERN RAILWAY COMPANY**

v.

**John Fred AMEND.**

No. 6005.

United States Court of Appeals
Tenth Circuit.

Oct. 6, 1958.

Sheldon & Nordmark, Denver, Colo., for appellant.

Samuel M. Kirbens, Denver, Colo., for appellee.

Before BRATTON, Chief Judge, and BREITENSTEIN, Circuit Judge.

PER CURIAM.

Dismissed on motion of appellant. D.C., 158 F.Supp. 499.